1  JANET R. RANDLE
California Bar Card No. 148767
2  LAW OFFICES OF VAN SHAW
3  2723 Fairmount Street
Dallas, Texas 75201
4  (214) 754-7110
5  FAX NO. (214) 754-7115

6  ATTORNEY FOR DEFENDANT
7

8  PLAZA HOME MORTGAGE, INC.    )
9                               )   CIVIL ACTION NO. O7-CV-2268 JLS
        Petitioner              )
10                              )
11 v.                           )
                                )   NOTICE OF CORRECTION RE:
12                              )   DEFENDANT'S NOTICE OF
13 SOUTHWEST FUNDING, L.P.      )   REMOVAL[1]
                                )
14      Respondent              )

15              IN THE UNITED STATES DISTRICT COURT
16              FOR THE SOUTHERN DISTRICT OF CALIFORNIA
17

18    Defendant SOUTHWEST FUNDING, L.P. files this Notice of Correction to advise
19 the court and counsel that the Exhibit B which is attached to Defendant's Notice of
20
21 Removal should be stricken, as it is a document related to a different case that was
22 inadvertently submitted.
23
24    The copy of the State file in this action is comprised of the documents submitted with
25 Defendant's Notice of Removal at **Appx 4** through **Appx. 18.**
26
27 ─────────────────────
28 [1] Defendant reserves its right to move to transfer this matter to the U.S. District Court for the Northern District of Texas.

## PRAYER FOR RELIEF

Defendant prays that *Exhibit B*, which was inadvertently attached to this motion, and contains matters totally unrelated to this case, be stricken from Defendant's Notice of Removal – ECF Document 1, and all references to Exhibit B, should be stricken and replaced with "**Appx 4 through Appx. 18**".

Respectfully submitted,

JANET R. RANDLE
California Bar Card No. 148767
LAW OFFICES OF VAN SHAW
2723 Fairmount Street
Dallas, Texas 75201
(214) 754-7110
FAX NO. (214) 754-7115

ATTORNEY FOR DEFENDANT
SOUTHWEST FUNDING, LP

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon the attorneys of record noted below on this 4th day of December 2007 placing the same in U.S. Mail Certified Return Receipt Requested as allowed by the Federal Rules of Civil Procedure, Rule 5, and US District Court for the Southern District of California Local Rule 4.1d.

Lynde Selden, II, CSB # 72591
Selden Law Firm
544 Silvergate Avenue
San Diego, CA  92106-3300
Tel:  (619) 223-9103
*Via US CRRR Mail – Article No:  7004-0750—0001-3077-2344*

Scott DeNike, General Counsel
Plaza Home Mortgage, Inc.
5090 Shoreham Place, Suite 206
San Diego, CA  92122
Tel:  (858) 677—6741
*Via US CRRR Mail – Article No:  7004-0750=0001-3077-2337*

JANET R. RANDLE