UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLAZA HOME MORTGAGE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOUTHWEST FUNDING, LP, <br><br> Defendant. | Civil No.   07-cv-2268-JLS (POR) <br><br> **ORDER SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

On February 1, 2008, counsel for both parties in this matter represented to the Court that the case has settled. Accordingly, IT IS HEREBY ORDERED:

1. The Early Neutral Evaluation conference scheduled for February 4, 2008 shall be VACATED.

2. A Joint Motion for Dismissal shall be submitted to the Honorable Janis L. Sammartino on or before **February 21, 2008.** A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter. The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

2. If a Joint Motion for Dismissal is not submitted on or before **February 21, 2008**, then a Settlement Disposition Conference shall be held on **February 22, 2008,** at **9:30 a.m.** before Judge Porter. The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Plaintiff's counsel shall initiate and coordinate the conference call.

///

///

- 1 -

07cv2268

3. If a Joint Motion for Dismissal is received on or before **February 21, 2008**, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: February 4, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Janis L. Sammartino
    all parties